UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: <br> Billy Don Pyle and Kathy Lynne Pyle <br>            Debtor(s) <br> Billy Don Pyle  et al. <br>            Plaintiff(s) <br>  vs. <br> U.S. Bank, National Association  et al. <br>            Defendant(s) <br><br> Billy Don Pyle & Kathy Lynne Pyle <br>            Plaintiff(s) <br>  vs. <br> U.S. Bank, National Association; J&M Mortgage <br> Brokers, Ltd., d/b/a Mortgages USA–REIM <br>            Defendant(s) | § § § § § § § § § § § § § § § § § | Case No.:   11–37390–hdh13 <br> Chapter No.:   13 <br><br> Adversary No.:   13–03252–hdh <br><br> Civil Case No.: |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

- ☑ One copy of:  Report and recommendation to the US Distric Court by US Bankruptcy Judge .

**TO ALL ATTORNEYS:** F.R.C.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  2/24/15        FOR THE COURT:
               Tawana C. Marshall, Clerk of Court

               by: /s/J. Blanco, Deputy Clerk

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Billy Don Pyle and Kathy Lynne Pyle | §<br>§<br>§ Debtor(s)<br>§ | Case No.:   11–37390–hdh13<br>Chapter No.:   13 |
| Billy Don Pyle  et al. | § Plaintiff(s)<br>§ | Adversary No.:   13–03252–hdh |
| vs.<br>U.S. Bank, National Association  et al. | §<br>§ Defendant(s) | |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **PLAINTIFF**
Billy Don Pyle & Kathy Lynne Pyle

**DEFENDANT**
U.S. Bank, National Association; J&M Mortgage Brokers, Ltd.,
d/b/a Mortgages USAREIM

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Theodore Ohmstede Bartholow, III
Armstrong Kellett Bartholow P.C.
11300 N. Central Expressway, Suite 301
Dallas, TX 75243
(214) 6969000

Attorney's (If Known)
Shawn Ivan Carter
Barrett Daffin Frappier Turner & Engel
15000 Surveyor Blvd
Suite 7000
Addison, TX 75001
8007955040

Tylene K. Disciullo
The Weaver Law Firm, P.C.
1521 N. Cooper Street, Ste. 710
Arlington, TX 76011
(817) 4605900

**II. BASIS OF JURISDICTION**

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**

- ☐ 422 Appeal 28 USC 158
- ☒ 423 Withdrawal 28 USC 157
- ☐ 890 Other Statutory Actions

**V. ORIGIN**

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:
28 USC 157

Brief description of cause:
Withdrawl of reference

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23      DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☐ No

**VIII. RELATED CASE(S) IF ANY**

Judge:                                                                      Docket Number:

DATED:  2/24/15

FOR THE COURT:
Tawana C. Marshall, Clerk of Court
by: /s/J. Blanco, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.: 11–37390–hdh13

Adversary No.: 13–03252–hdh

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Harlin DeWayne Hale
    Stephen Manz
    Name of ECRO or court reporter
    Attorney(s) for Appellant
    US Trustee

**Plaintiff**   Billy Don Pyle & Kathy Lynne Pyle

Theodore Ohmstede Bartholow, III
Armstrong Kellett Bartholow P.C.
11300 N. Central Expressway, Suite 301
Dallas, TX 75243
(214) 696–9000

**Defendant**   U.S. Bank, National Association

Shawn Ivan Carter
Barrett Daffin Frappier Turner & Engel
15000 Surveyor Blvd
Suite 7000
Addison, TX 75001
800–795–5040

**Defendant**   J&M Mortgage Brokers, Ltd., d/b/a Mortgages USA–REIM

Tylene K. Disciullo
The Weaver Law Firm, P.C.
1521 N. Cooper Street, Ste. 710
Arlington, TX 76011
(817) 460–5900

(Counter–Defendant) Billy Don Pyle & Kathy Lynne Pyle

Theodore Ohmstede Bartholow, III
Armstrong Kellett Bartholow P.C.
11300 N. Central Expressway, Suite 301
Dallas, TX 75243
(214) 696–9000


(Cross–Claimant) U.S. Bank, National Association

Brian S. Engel
Barrett Daffin Frappier Turner & Engel
610 West 5th Street, Suite 602
Austin, TX 78701
(512) 477–0008


(Cross–Claimant) J&M Mortgage Brokers, Ltd., d/b/a Mortgages USA – REIM

Tylene K. Disciullo
The Weaver Law Firm, P.C.
1521 N. Cooper Street, Ste. 710
Arlington, TX 76011
(817) 460–5900